# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

AURORA LOAN SERVICES LLC,

               Plaintiff,     :     Case No. 3:11-cv-253

 - vs -     :     District Judge Thomas M. Rose
                                                Magistrate Judge Michael R. Merz

THOMAS MICHAEL WEST, et al.     :

              Defendants.     :

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS**

        The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

        Accordingly, it is hereby ORDERED that this case be REMANDED to the Montgomery County Common Pleas Court for further proceedings.

September 6, 2011.                                        ***s/THOMAS M. ROSE***

                                                                    Thomas M. Rose
                                                         United States District Judge